UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| BENZION WOLKENFELD,<br><br>　　　　　*Plaintiff,*<br><br>　　　　　v.<br><br>FINANCIAL RECOVERY SERVICES, INC.<br><br>　　　　　*Defendant.* | Case No: 1:21-cv-07209-KAM-VMS |

STIPULATION OF VOLUNTARY DISMISSAL
PURSUANT TO F.R.C.P. 41(a)(1)(A)(ii)

**IT IS HEREBY STIPULATED AND AGREED** by and between the Plaintiff and Defendant, Financial Recovery Services, Inc. and/or their respective counsel(s) that, whereas no party in this action is an infant or incompetent, the above-captioned action is voluntarily dismissed with prejudice against Financial Recovery Services, Inc. pursuant to the Federal Rules of Civil Procedure 41(a)(1)(A)(ii) with each party to bear its respective attorney's fees and costs.

Dated: June 30, 2022

| | |
|---|---|
| **MOSS & BARNETT** | **SANDERS LAW GROUP** |
| By: /s/ *Michael T. Etmund*<br>Michael T. Etmund, Esq.<br>150 South Fifth Street, Suite 1200<br>Minneapolis, MN 55402<br>Tel: (612) 877-5309<br>Email: mike.etmund@lawmoss.com<br>*Attorneys for Defendant* | By:　/s/ *Kara S. McCabe*<br>Kara S. McCabe, Esq.<br>100 Garden City Plaza, Suite 500<br>Garden City, NY 11530<br>Tel: (516) 203-7624<br>File No.: 123274<br>Email: kmccabe@sanderslaw.group<br>*Attorneys for Plaintiff* |

*Kiyo A. Matsumoto, USDJ*
6.23.2022